## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

TECHE VERMILION SUGAR CANE
GROWERS ASSOCIATION INC., ET AL.

CASE NO. 6:23-CV-831

JUDGE ROBERT R. SUMMERHAYS

VERSUS

LORI CHAVEZ-DEREMER,[1] ET AL.

MAGISTRATE JUDGE CAROL B. WHITEHURST

### JUDGMENT

Pending before the Court is the Plaintiffs' Unopposed Motion for Entry of Final Judgment, ECF No. 86. Having reviewed the Motion, the record, and the applicable law,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Final Judgment is entered in Plaintiffs' favor as to their claim that the Final Rule[2] is arbitrary and capricious in violation of the Administrative Procedure Act, 5 U.S.C. § 706(2)(c).

**IT IS FURTHER ORDERED** that the preliminary injunction previously entered by the Court is hereby **CONVERTED** into a permanent injunction.

**IT IS FURTHER ORDERED** that the Final Rule is **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiffs' remaining claims are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers, this 25th day of August, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] The Court adopts the caption in the Plaintiffs' unopposed motion, which substitutes the name of the current United States Secretary of Labor in place of former Acting U.S. Secretary of Labor Julie Su.

[2] *Adverse Effect Wage Rate Methodology for the Temporary Employment of H-2A Nonimmigrants in Non-Range Occupations in the United States*, 88 Fed. Reg. 12760 (Feb. 28, 2023).